No. 99–9951.  ALFORD *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, *ante*, p. 918.  Petition for rehearing denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 00–197.  TSU ET UX. *v.* VOS ET AL., *ante*, p. 940.  Petition for rehearing denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

DECEMBER 5, 2000

No. 00–7012 (00A433).  IN RE HITTLE.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Petition for writ of habeas corpus denied.